UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MILCA O. ROSARIO,**

      **Plaintiff,**

v.                                            Case No:  6:16-cv-1492-Orl-41DCI

**BARBARA WALTERS and WARNER BROTHERS STUDIOS,**

      **Defendants.**

/

**ORDER**

THIS CAUSE is before the Court on Defendant Warner Brothers Studios Motion to Dismiss (Doc. 12). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation ("R&R," Doc. 31), in which he recommends that the Motion to Dismiss be granted and the Complaint (Doc. 1) be dismissed without prejudice. Judge Irick further recommends that Plaintiff be given an opportunity to amend. Plaintiff filed an Objection (Doc. 33), to which Defendant filed a Response (Doc. 34).

After a *de novo* review of the record, the Court agrees with the analysis in the R&R. Plaintiff's objection fails to specify any proposed factual or legal conclusion to which she objects and does not otherwise establish error in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 12) is **GRANTED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4.  **On or before February 27, 2017**, Plaintiff shall file an Amended Complaint if she can state a claim in accordance with the R&R. Failure to timely file may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party