UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MILCA O. ROSARIO,**

    **Plaintiff,**

v.                                            Case No: 6:16-cv-1492-Orl-41DCI

**BARBARA WALTERS and WARNER BROTHERS STUDIOS,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Warner Brothers Studios' Motion to Dismiss Amended Complaint (Doc. 51). Magistrate Judge Danial C. Irick submitted a Report and Recommendation ("R&R," Doc. 53), in which he recommends that the Motion to Dismiss be granted and that this case be dismissed with prejudice. Plaintiff filed an Objection (Doc. 54) to the R&R, to which Defendant filed a Response (Doc. 55).

After a *de novo* review, this Court agrees with the analysis in the R&R. Plaintiff's Objection is largely incomprehensible, appears to be an attempt to object to an order entered in Case No. 6:15-cv-1656-Orl-41GJK, and does not otherwise establish error—clear or otherwise—with respect to the R&R. Plaintiff's Amended Complaint fails to comply with the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida, does not state a comprehensible, cognizable claim, and is otherwise frivolous.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 53) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Warner Brothers Studios' Motion to Dismiss Amended Complaint (Doc. 51) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Motion to Transfer (Doc. 50) is **DENIED as moot**.

5. Plaintiff is warned that sanctions may be imposed if she continues to file Complaints that are frivolous or fail to comply with the Federal Rules of Civil Procedure and the Middle District of Florida Local Rules.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party